# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DOMINIC MACCARONE,

Plaintiff,                                             Case No.: 8:22-cv-00672

v.

RADIUS GLOBAL SOLUTIONS, LLC,

Defendant.
_____/

## UNOPPOSED MOTION TO STAY PROCEEDINGS

Defendant, Radius Global Solutions, LLC (RGS), by and through undersigned counsel of record and under the Federal Rules of Civil Procedure, hereby moves to stay this action pending the Eleventh Circuit's *en banc* review in *Hunstein v. Preferred Collection and Management Services, Inc.*, Case No. 19-14434-HH (*Hunstein*), and states:

1. On January 30, 2022, Plaintiff filed this lawsuit alleging RGS violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (FDCPA). Specifically, Plaintiff alleges that RGS violated the FDCPA by transmitting consumer information to a third-party vendor to process its mail.

2. Plaintiff alleges claims based upon an opinion issued by the Eleventh Circuit in April 2021—*Hunstein v. Preferred Collection & Mgmt. Servs., Inc*. However, in light of the Eleventh Circuit vacating its panel decision in *Hunstein* and

ordering an en banc review, the Parties agree that staying the current action pending the Eleventh Circuit's final decision is warranted. *See Gonzalez v. I.C. System, Inc.*, Case No. 1:12-cv-23691, Doc. 11 (S.D. Fla Nov. 19, 2021) (""[f]ederal jurisdiction in this case is premised on [Hunstein] [s]o[] to, is the viability of the Plaintiff's federal cause of action"); *Emery v. Commonwealth Financial Systems, Inc.*, Case No. 6:21-cv-01672, Doc. 18 (M.D. Fla Dec. 1, 2021) ("The Eleventh Circuit Court of Appeals' resolution of the petition for rehearing *en banc* in *Hunstein*, will have a substantial impact on the claims in this case, most notably, on the issue of standing for a statutory violation.").

3. Accordingly, based on the foregoing, RGS respectfully requests the Court issue an order staying this action pending the Eleventh Circuit's final decision in *Hunstein*.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that he conferred with plaintiff, through counsel, who does not oppose the relief requested.

Dated: April 29, 2022

                                                   Respectfully submitted,

                                                   */s/ Michael P. Schuette*
                                                 Michael P. Schuette, Esq.
                                                 Florida Bar No. 0106181

>Dayle M. Van Hoose, Esq.
>Florida Bar No. 0016277
>Sessions, Israel & Shartle, LLC
>3350 Buschwood Park Drive, Suite 195
>Tampa, Florida 33618
>Telephone: (813) 890-2460
>Facsimile: (877) 334-0661
>mschuette@sessions.legal
>dvanhoose@sessions.legal
>*Counsel for Defendant,*
>*Radius Global Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 29th day of April 2022, a copy of the foregoing was filed electronically in the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

>Kaelyn Diamond, Esq.
>Ziegler Diamond Law: Debt Fighters
>2561 Nursery Road, Suite A
>Clearwater, FL 33764
>kaelyn@attorneydebtfighters.com
>service@attorneydebtfighters.com

>*/s/ Michael P. Schuette*
>Attorney

3